Nos. 202, 203. DERR, Respondent, v. DEPARTMENT OF TRANSPORTATION (Division of Highways), Appellant. [Case No. 202.] **
THIEDE and others, Respondents, v. DEPARTMENT OF TRANSPORTATION (Division of Highways), Appellant. [Case No. 203.] **

(Also reported in 224 N. W. 2d 216.)

** Motions for rehearing denied, without costs, on March 28, 1975.

The cause was submitted for the appellant on the briefs of *Robert W. Warren*, attorney general, and *E. Gordon Young*, assistant attorney general; and for the respondents on the brief of *Callahan, Arnold & Stoltz* of Columbus.

Judgments affirmed.